UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERI F. MASON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FIRST AMERICAN TITLE CO., et al.,<br><br>　　　　　　Defendants. | No. C11-1234RSL<br><br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On July 27, 2011, plaintiff Jeri Mason filed a Complaint against First American Title Co. and Ronda Taylor. Dkt. #4.

Based on a review of the Complaint, this Court lacks jurisdiction because plaintiff does not state a federal claim, nor does she allege facts that would give rise to diversity jurisdiction. See 28 U.S.C. §§ 1331, 1332. On August 29, 2011, plaintiff filed a "Notice of Removal" of a state court action in which Ms. Mason is named as the defendant. Dkt. #6. However, the state court action is a complaint against Ms. Mason and her husband for "collection of and judicial foreclosure for unpaid assessments." Dkt. #7 at 11. The state court action does not allege a federal claim or a claim based on diversity jurisdiction. If a federal court determines it lacks subject matter jurisdiction at any time during a dispute, the court must dismiss the action. Fed. R. Civ. P. 12(h)(3).

ORDER TO SHOW CAUSE - 1

1    Plaintiff is hereby ORDERED to show cause why this case should not be dismissed for
2 lack of jurisdiction. Plaintiff shall respond to this order to show cause within fourteen (14)
3 days of this Order.

    DATED this 30th day of August, 2011.

                                                  *signature*
                                                  Robert S. Lasnik
                                                  United States District Judge

ORDER TO SHOW CAUSE - 2